# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-02743 |
| | ) | |
| v. | ) | |
| | ) | |
| ADIC PRO LLC d/b/a AIR DUCT 24-7, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Adic Pro LLC, by and through its undersigned attorneys, hereby moves this Court for substitution of counsel. Adic Pro LLC also requests a brief extension of time to answer or otherwise plead to the Complaint, which is unopposed by counsel for the Plaintiff.

In support Adic Pro LLC states as follows:

1. Withdrawing Counsel requested that the undersigned Incoming Counsel substitute, for reasons unrelated to this matter. Incoming counsel has filed an Appearance, and now requests that the Court grant this Motion to permit Withdrawing Counsel to withdraw from the case in favor of Incoming Counsel.

2. Incoming Counsel reasonably needs a brief extension from May 16, 2025 [Dkt# 9] until May 30, 2025 to review the facts and documents, so as to properly answer or otherwise plead to the Plaintiff's Complaint.

3. Counsel for the Plaintiff George Moore has agreed to this brief extension of time.

Respectfully submitted,

**ADIC PRO LLC**

| WITHDRAWING COUNSEL: | INCOMING COUNSEL: |
|---|---|
| Burr E. Anderson | John N. Walker |
| Anderson Law Offices PC | Waveland Law Group LLC |
| 400 Lake Cook Road, Suite 221-A | 10 S. Riverside Plaza |
| Deerfield, IL 60015-4930 | Suite 875 |
| (312) 957-1100 | Chicago, IL 60606 |
| Mobile (312) 305-0343 | 312-880-7745 |
| BurrAnderson@sbcglobal.net | john_n_walker@wavelandlaw.com |

By: _____       By: _____
       Burr E. Anderson                                                   John N. Walker


John N. Walker, Esq.
WAVELAND LAW GROUP LLC
10 S. Riverside Plaza
Suite 875
Chicago, IL 60606
312-880-7745
john_n_walker@wavelandlaw.com