**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

George Moore
                         Plaintiff,

v.                                                Case No.: 1:25−cv−02743
                                                   Honorable Robert W. Gettleman

Adic Pro LLC
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendant's Motion For Substitution Of John Walker for Burr Anderson as Counsel for Defendant and Agreed Motion For Extension Of Time to 5/30/2025, To Answer Or Otherwise Plead [11] is granted. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.