# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Moore

                Plaintiff,

v.                                      Case No.: 1:25−cv−02743
                                           Honorable Robert W. Gettleman

Adic Pro LLC

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery supervision, including the authority to set deadlines, and settlement. (cn) Emailed notice.

Dated: June 11, 2025

                                                                     /s/ Robert W. Gettleman

                                                                  United States District Judge