UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

George Moore
                Plaintiff,

v.                               Case No.: 1:25−cv−02743
                                    Honorable Robert W. Gettleman

Adic Pro LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2025:

      MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman for the purpose of holding proceedings related to discovery supervision, including the authority to set deadlines, and settlement. The Court has reviewed the parties' report on the Rule 26(f) planning conference [16]. While including proposed dates for expert discovery, the parties do not address fact discovery. Accordingly, the Court directs the parties to file an initial status report by 6/20/25 setting forth proposed dates for fact discovery, including initial disclosures and any third−party discovery. Status hearing set for 7/10/25 at 1:00 p.m. If the parties' joint status report proposes dates that are acceptable to the Court, the proposed schedule will be entered, and the status hearing will be reset. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.