**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

George Moore
                Plaintiff,

v.                              Case No.: 1:25−cv−02743
                                    Honorable Robert W. Gettleman

Adic Pro LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint status report [20] and sets the following schedule: Initial disclosures are due 7/1/25; written discovery to issue by 7/15/25; fact discovery to be completed by 2/6/26. Expert discovery dates will be set later. Initial round of discovery requests shall be propounded pursuant to the Federal Rules of Civil Procedure, and any additional requests must be made either by agreement between the parties or with Court approval, which will be granted liberally earlier in the discovery process but only with explanation later in the discovery process. Any motions for protective/confidentiality order due by 8/8/25. The motion shall indicate whether it is agreed. The proposed order should be based on the Form LR 26.2 Model Confidentiality Order, and the parties must submit a clean copy of their proposed order, along with a corresponding redlined copy of the Court's model order, to the Court's propos6ed order email address: Proposed_Order_Weisman@ilnd.uscourts.gov. If the proposed order is acceptable to the Court, it will be entered. Status hearing set for 7/10/25 is stricken and reset to 9/9/25 at 9:15 a.m. Joint status report due no later than noon on 9/8/25 setting forth the status of written discovery; whether any third−party discovery has been initiated or is anticipated; a list of depositions the parties anticipate; whether the parties request a settlement conference; and any other issues the parties wish to raise. If either party requires the Court's attention prior to the next status hearing, the party shall file a motion promptly. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.