IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-2743 |
| | : | |
| Plaintiff, | : | |
| | : | **Honorable M. David Weisman** |
| v. | : | |
| | : | |
| ADIC PRO LLC d/b/a AIR DUCT 24-7, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT STATUS REPORT**

Pursuant to this Court's June 17, 2025 Order (ECF No. 21), the plaintiff George Moore and defendant ADIC Pro LLC[i] submit this joint report.

**A. The status of written discovery**

Each party has propounded Interrogatories and Requests for Production and both parties have responded to each other's written discovery and made a document production. Defendant received plaintiff's responses within the last 30 days and anticipates having follow up communications with plaintiff regarding the responses but has not done so yet.

**B. Whether any third-party discovery has been initiated or is anticipated**

The Plaintiff has engaged in third-party discovery related to the utilization of the Caller ID numbers that were on the calls that the Plaintiff received. Defendant anticipates serving third party discovery on the entities identified by plaintiff and in the calls received by plaintiff.

C. **A list of depositions the parties anticipate;**

The Plaintiff requested deposition dates for Shay Malul and Yaakov Cohen on June 20, 2025, the individual members of the LLC Defendant. Defendant responded that it did not believe depositions should occur prior to plaintiff providing responses to Defendant's written discovery and that plaintiff's deposition should proceed first. Plaintiff agreed that it would make sense to wait until Defendant had served its written discovery and Plaintiff had responded thereto, which has now occurred. Defendant is in the process of obtaining deposition dates. Plaintiff has requested depositions of the two individual members of the LLC. Defendant believes that a 30(b)(6) deposition should proceed first or be combined with an individual deposition, and then the parties can discuss when and whether depositions of the non-party owners of the LLC should occur. Plaintiff believes that the individual depositions should occur first and that a 30(b)(6) deposition should occur at a later time. Defendant anticipates taking the plaintiff's deposition.

D. **Whether the parties request a settlement conference**

The parties have engaged in settlement discussions but have reached an impasse.

E. **Any other issues the parties wish to raise.**

None at this time.

PLAINTIFF,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018

2

        Facsimile: (508) 318-8100

        DEFENDANT,
        /s/ *Edward G. Zaknoen*
        Edward G. Zaknoen
        WAVELAND LAW GROUP LLC
        10 S. Riverside Plaza, Suite 875
        Chicago, Illinois 60606
        312-465-8533
        edward_zaknoen@wavelandlaw.com

---

[i] Defendant Adic Pro LLC denies that it does business as Air Duct 24-7 as captioned.