## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Moore
                Plaintiff,

v.                                          Case No.: 1:25−cv−02743
                                                Honorable Robert W. Gettleman

Adic Pro LLC
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2025:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint status report [22], which indicates that they have each responded to discovery requests and have produced documents. The parties shall meet and confer regarding perceived deficiencies in the other party's responses/productions by 9/19/25, so deposition dates can be scheduled. Any third−party subpoenas shall be issued promptly. Status hearing set for 9/9/25 is stricken and reset to 10/16/25 at 1:00 p.m. Joint status report due by noon on 10/14/25 setting forth the status of written discovery, including whether any responses to third−party subpoenas are outstanding; a firm deposition schedule; whether the parties request a settlement conference; and any other issues the parties wish to raise. Any motions to compel the opposing party's discovery responses shall be filed by 9/30/25 and noticed for hearing on 10/16/25. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.