## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : : : : : : : : : : : : / | CIVIL ACTION FILE NO. 25-cv-2743 |
| Plaintiff, | | |
| v. | | |
| ADIC PRO LLC d/b/a AIR DUCT 24-7, | | |
| Defendant. | | |

### NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within forty-five days.

Dated: October 13, 2025         PLAINTIFF,


                                /s/ Anthony Paronich
                                Anthony Paronich
                                Email: anthony@paronichlaw.com
                                PARONICH LAW, P.C.
                                350 Lincoln Street, Suite 2400
                                Hingham, MA 02043
                                Telephone: (617) 485-0018
                                Facsimile: (508) 318-8100