**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

George Moore
                    Plaintiff,

v.                                      Case No.: 1:25−cv−02743
                                          Honorable Robert W. Gettleman

Adic Pro LLC
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

      MINUTE entry before the Honorable M. David Weisman: In light of the Plaintiff's notice of settlement [24], the status hearing set for 10/16/25 is stricken and reset to 12/3/25 at 9:15 a.m. Stipulation to dismiss or joint status report due by noon on 12/2/25. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.