# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : |
| | : CIVIL ACTION FILE NO. 25-cv-2743 |
| Plaintiff, | : |
| v. | : |
| ADIC PRO LLC d/b/a AIR DUCT 24-7, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective undersigned counsel, hereby file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Dated: November 4, 2025

PLAINTIFF:

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT:

/s/ *Edward G. Zaknoen*
Edward G. Zaknoen
WAVELAND LAW GROUP LLC
10 S. Riverside Plaza, Suite 875
Chicago, Illinois 60606
(312) 465-8533
edward_zaknoen@wavelandlaw.com

1