**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

George Moore
                Plaintiff,

v.                                   Case No.: 1:25−cv−02743
                                            Honorable Robert W. Gettleman

Adic Pro LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

      MINUTE entry before the Honorable M. David Weisman: The parties have filed a stipulation of dismissal [26]. Accordingly, the status hearing set for 12/3/25 is stricken. All issues relating to the referral of this matter having been resolved, the case is returned to the district court. Referral terminated. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.